IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| SOHAIL ABDULLA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV 114-008 |
| AYAZ CHAUDHARY and ALIYA CHAUDHARY, | ) ) ) ) | |
| Defendants. | ) ) | |

**O R D E R**

On October 6, 2014, Defendants filed a motion to quash a subpoena on non-party Ralph Dickey at Southern Bank. (Doc. no. 17.) Because the deadline for Mr. Dickey's compliance with the subpoena is October 15, 2014 and discovery in this case closes on October 14, 2014, the Court directs Plaintiff to file an expedited response to the motion by Thursday, October 9, 2014. The Court will also hold a phone conference with the parties on Friday, October 10, 2014, at 3:00 p.m. to discuss this matter.[1]

Additionally, the Court stays Mr. Dickey's compliance with the subpoena pending resolution of the motion.

SO ORDERED this 7th day of October, 2014, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court will initiate the conference call using the contact information on the docket.